UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHON WIGGINS, | § | |
|     *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-4209 |
| | § | |
| ST. LUKE'S EPISCOPAL HEALTH SYSTEM, | § | |
|     *Defendant.* | § | |

# **ORDER**

This Title VII case is before the court on defendant's motion to compel (Dkt. 15), plaintiff's motion to compel (Dkt. 16), and plaintiff's counsel's motion to withdraw (Dkt. 19).

Defendant's motion to compel (Dkt. 15) is granted. Plaintiff is ordered to sign the medical authorizations, provide a full response to interrogatories 10, 15, and 17, and produce all documents within 7 days of entry of this order. Defendant's request for sanctions and costs is denied at this time.

Plaintiff's motion to compel (Dkt. 16) is denied because it is unclear to the court what relief he is seeking. It does not appear that he has served defendants with discovery requests.[1]

---

[1] Plaintiff's motion expresses confusion regarding the identify of defense counsel and their need for his information. The court notes that the firm representing St. Luke's has changed from Epstein, Becker, Green, Wickliff & Hall, PC to Cozen O'Connor. But the same individual lawyers, Norasha L. Williams and A. Martin Wickliff, Jr., are representing St. Luke's, and the address has not changed.

The motion to withdraw is granted subject to the condition that current counsel remains obligated to assist plaintiff in complying with this order compelling discovery.

Plaintiff is strongly urged to engage substitute counsel to represent him in this case. The fact that he is pro se will not relieve him of his obligation to cooperate in discovery or to comply with other litigation rules.  *See Morton v. Harris*, 628 F.2d 438, 440 (5th Cir. 1980) ("Even pro se litigants are under an obligation to obey discovery orders.").

Signed at Houston, Texas on August 31, 2011.

                                                                          Stephen Wm Smith
                                                                    United States Magistrate Judge