UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHON WIGGINS, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-4209 |
| | § | |
| ST. LUKE'S EPISCOPAL HEALTH SYSTEM, | § | |
| *Defendant.* | § | |

## ORDER

Plaintiff's request for an oral hearing (Dkt. 24) is denied. There is no pending motion before the court on which to have a hearing. Neither plaintiff nor his former counsel have been sanctioned at this time as a result of their failure to comply with discovery obligations.

Plaintiff has been ordered to respond to discovery from St. Luke's, and warned that if he proceeds pro se he will still be required to comply with orders of this court and procedural rules. *See* Dkt. 23. No further order from the court is appropriate at this time.

Signed at Houston, Texas on September 21, 2011.

Stephen Wm Smith
United States Magistrate Judge